**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

**IN RE: ANGELA H. MOON**

      **Debtor,**

**DORIS COUSIN, ADMINISTRATOR**
**OF THE ESTATE OF DONALD K. MOON, DECEASED**

                                  **ADVERSARY NUMBER: 09-06126**
**v.**                                  **CASE NUMBER:     09-62915**

**ANGELA HALL MOON**                 **CHAPTER 7**

---

### ORDER

By agreement of the parties, the Complaint Objecting to Discharge by **DORIS COUSIN, Administrator of the Estate of Donald K. Moon**, is hereby dismissed, any claims by **ANGELA HALL MOON** to the proceeds of the Layette Insurance Company policy on the life of **DONALD K. MOON** are hereby denied, and the automatic stay is lifted as to the Complaint of **DORIS COUSIN, Administrator of the Estate of Donald K. Moon**, pending in the Circuit Court for the County of Campbell, Virginia.

                                            ENTER: April 13, 2010

                                            _/s/ William E. Anderson_
                                                           Judge

I ASK FOR THIS:

1

/s/ Glenn L. Berger

_____
Glenn L. Berger, Esquire
VSB# 16913
Berger & Thornhill
P. O. Box 298
Altavista, VA 24517
(434)369-2000
(434)369-7927 (Facsimile)


SEEN AND AGREED:


/s/ Reginald Yancey

_____
Reginald Yancey, Esquire
P.O. Box 11908
Lynchburg, Virginia 24506


/s/ William F. Schneider

_____
William F. Schneider, Esquire
P.O. Box 739
Lynchburg, Virginia 24505